IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Travelers Indemnity Company of Illinois,<br>        Plaintiff,<br>vs.<br>Joe E. Woods, et al.<br>        Defendants. | CV 06-1138-PHX-SRB<br><br>**ORDER** |

On May 11, 2007, the parties filed a Proposed Stipulation for Adjustment to Oral Argument Hearing Date of August 13, 2007.

IT IS ORDERED that the Proposed Stipulation will be denied within 3 days of the date of this order if counsel does not comply with the ECF Administrative Policies and Procedures Manual, Page 11, Section G, specifically, subparagraph 1b.

DATED this 14th day of May, 2007.

_____
Susan R. Bolton
United States District Judge